IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

PIERCE SCHOTT,

       Plaintiff,

vs.                                                Civ. No. 00-1666 JP/WWD

NATIONAL CAR RENTAL, INC.,

       Defendant.

MEMORANDUM OPINION AND ORDER

       This matter comes before the Court upon Plaintiff's Motion to Compel Discovery [docket no. 18]. Plaintiff sent certain discovery requests directly to an employee of Defendant, and Plaintiff now seeks to compel responses to those discovery requests. Defendant is represented by counsel, and the proper method of service of discovery requests is to send them to Defendant's counsel. Although Plaintiff is representing himself, he will be required to follow the Federal Rules of Civil Procedure and the local rules of this Court. Since proper service of the discovery in question has not been made, the Motion to Compel Discovery will be denied.

       **IT IS SO ORDERED**.

                                                                           UNITED STATES MAGISTRATE JUDGE